# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN TAYLOR, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | 8:06CV404 |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| **NEBRASKA CRANE INC., A** | ) | **WITH PREJUDICE** |
| **Nebraska Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' JOINT MOTION TO DISMISS [21]. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

**IT IS ORDERED** that this action is hereby dismissed with prejudice to the filing of any future action, the parties to pay their own costs.

**DATED March 12, 2007.**

                                                  **BY THE COURT:**

                                                  s/ F.A. Gossett
                                                  **United States Magistrate Judge**